# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a IXO,** § § § | | |
| Plaintiff, § § | | |
| vs. § | **CASE NO. 6:09cv326** | |
| § | **PATENT CASE** | |
| **MORGAN STANLEY, et al.,** § § | | |
| Defendants. § | | |
| **REALTIME DATA, LLC d/b/a IXO,** § § § | | |
| Plaintiff, § § | | |
| vs. § | **CASE NO. 6:09cv327** | |
| § | **PATENT CASE** | |
| **CME GROUP INC., et al.,** § § | | |
| Defendants. § | | |
| **REALTIME DATA, LLC d/b/a IXO,** § § § | | |
| Plaintiff, § § | | |
| vs. § | **CASE NO. 6:09cv333** | |
| § | **PATENT CASE** | |
| **THOMSON REUTERS, et al.,** § § | | |
| Defendants. § | | |

## **ORDER**

Pursuant to the grant of the Writ of Mandamus by the Federal Circuit and the Order denying the petition for panel rehearing, the Court hereby **ORDERS** the above-styled cases be transferred to the Southern District of New York.

All other pending motions in this case should be handled by the transferee court.

**So ORDERED and SIGNED this 21st day of September, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE