# McKool Smith

Robert A. Cote
Direct Dial: (212) 402-9402
rcote@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

August 29, 2012

The Honorable Katherine B. Forrest
United States District Court for the Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 0 2012
```

RE:   *Realtime Data LLC v. CME Group, Inc. et al.*, Nos. 1:11-6697, -6699, -6702

Dear Judge Forrest:

Pursuant to the Court's Order on August 27th [Dkt. No. 809], we write on behalf of Plaintiff Realtime Data, LLC and the Exchange Defendants regarding limits for Daubert Motions and Motions in Limine.

## 1. Daubert Motions

The parties jointly propose the following:

Shamos (Plaintiff's Technical Expert): Exchange Defendants intend to file a single combined 15-page Daubert Motion. Realtime will be allowed a single 15-page response.

Thompson, Kesden, and Teece (Plaintiff's Damages Experts): Exchange Defendants intend to file a single combined 20-page motion and up to 4 pages per defendant affiliate group for individual issues. Realtime will be allowed a single 20-page response and 4 pages to respond to each individual affiliate group motion.

Storer, Brogioli, Sims, Clark, Bakewell, and Gerardi (Exchange Defendants' Technical and Damages Experts): Realtime intends to file a single 40-page motion for a subset of the eight expert reports served by the Exchange Defendants. The Exchange Defendants will be allowed a single combined 40-page response.

## 2. Motions in Limine

The parties jointly propose that each side gets one 25-page motion and one 25-page response.

The Exchange Defendants seek an additional 3 pages per affiliate group for individual issues. Realtime opposes this request for additional pages as beyond the guidance of the Court's August 27 Order and the Exchange Defendants have not provided a basis for additional briefing.

**McKool Smith**
A Professional Corporation • Attorneys
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC

McKool 725211v1

August 29, 2012
Page 2

The parties understand that these Motions are due September 28, 2012 and the parties propose all responses be filed October 12, 2012.

                              Sincerely,

                              */s/ Robert A. Cote*

                              Robert A. Cote

*[Handwritten annotation:] These proposals are acceptable. The Court thanks the parties for working this out.*

*8/30/12    K. B. Forrest*
*                   USDJ*

McKool 725211v1