# McKool Smith

| | | |
|---|---|---|
| Robert A. Cote<br>Direct Dial: (212) 402-9402<br>rcote@mckoolsmith.com | One Bryant Park<br>47th Floor<br>New York, New York 10036 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

September 20, 2012

The Honorable Katherine B. Forrest
United States District Court for the Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007-1312

      RE:    *Realtime Data LLC v. CME Group, Inc. et al.*, Nos. 1:11-6697, -6699, -6702
              Agreed Two Day Extension Regarding Submission of Joint Pre-Trial Order

Dear Judge Forrest:

      We write on behalf of all parties (Plaintiff Realtime Data, LLC and the Exchange Defendants) to respectfully request a two business day extension for submission of the Joint Pre-Trial Order (which includes Daubert motions, motions in limine, Jury Charge, and Voir Dire) from September 28 to October 2. The parties also respectfully request that the oppositions to Daubert motions and motions in limine be extended by the same two business days, making the oppositions due on October 16.

      The parties are currently making exchanges leading up to the Joint Pre-Trial Order, and in light of this Court's September 19th order regarding Realtime's exhibit list and after meeting and conferring, subject to this Court's approval of the two-day extension, have agreed to the following:

| Date | Task |
|---|---|
| Friday, Sept. 21 | Realtime will serve its re-organized Exhibit List |
| Tuesday, Sept. 25 | Parties Exchange Objections to Trial Exhibits |
| Wednesday, Sept. 26 | Parties Exchange Responses to Objections to Initial Designations & Objections to Counter-Designations |
| Friday, Sept. 28 | Parties Exchange Responses to Objections to Trial Exhibits and<br>Parties Exchange Responses to Objections to Counter-Designations |
| Tuesday, Oct. 2 | Submission of Joint Pretrial Order (along with motions in limine, Daubert motions, Jury Charge, and Voir Dire) |
| Tuesday, Oct. 16 | Submission of oppositions to motions in limine and Daubert motions |

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC

McKool 823453v1

The Honorable Katherine B. Forrest
September 20, 2012
Page 2

      Accordingly, the parties respectfully request that the Court grant the two day extension jointly requested herein by the parties and order the exchanges to occur as listed in this letter.

                                  Respectfully submitted,

                                  Robert A. Cote

cc: Counsel of Record